IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| WILKERSON FRANCIS<br>    INVESTMENTS, LLC | ) <br> ) <br> ) | |
|     Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No. 3:19-cv-582-MHL |
| ZURICH AMERICAN INSURANCE<br>    COMPANY | ) <br> ) <br> ) <br> ) | |
|     Defendant. | ) <br> ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff, Wilkerson Francis Investments, LLC, and defendant, Zurich American Insurance Company, by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party bearing his or her own costs and attorney's fees.

DATED:     September 8, 2020

**SO ORDERED**

/s/ M. Hannah Lauck
United States District Judge

/s/ Steven S. Biss
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:     (804) 501-8272
Facsimile:     (202) 318-4098
Email:     stevenbiss@earthlink.net

*Counsel for the Plaintiff*

/s/ Kathryn A. Grace
Kathryn A. Grace, VSB #74213
H. Matson Coxe, VSB #83777
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (Fax)
kathryn.grace@wilsonelser.com
h.matson.coxeiv@wilsonelser.com

*Counsel for the Defendant*